Ex parte McCRARY. (Circuit Court of Appeals, Fourth Circuit. May 13, 1920.) No. 1799. Petition for a Writ of Mandamus to Require Hon. James E. Boyd, United States District Judge for the Western District of North Carolina, to Sign Bill of Exceptions, etc., in case of H. C. McCrary v. Linville River Ry. Co. Merrimon, Adams & Johnston, of Asheville, N. C., for petitioner. J. H. Epps, of Jonesboro, Tenn., and Mark W. Brown, of Asheville, N. C., opposed.

PER CURIAM. Mandamus refused and petition dismissed at cost of petitioner.

---

McCRARY et al. v. LINVILLE RIVER RY. CO. (Circuit Court of Appeals, Fourth Circuit. July 14, 1920.) No. 1794. In Error to the District Court of the United States for the Western District of North Carolina, at Asheville. Powers & Thornburgh, of Knoxville, Tenn., J. W. Ragland, of Newland, N. C., and Merrimon, Adams & Johnston, of Asheville, N. C., for plaintiffs in error. J. H. Epps, of Jonesboro, Tenn., Frank A. Linney, of Boone, N. C., and Mark W. Brown, of Asheville, N. C., for defendant in error.

PER CURIAM. Cause dismissed on motion of defendant in error.

---

MATHIASON GLUE CO. et al. v. NATIONAL GLUE CO. (Circuit Court of Appeals, Eighth Circuit. May 4, 1920.) No. 5412. Appeal from the District Court of the United States for the Eastern District of Missouri. John D. Johnson, of St. Louis, Mo., for appellants. Horace L. Dyer, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant for want of prosecution, but without taxation of attorney fee.

---

MELLAND v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 4, 1920.) No. 5404. In Error to the District Court of the United States for the District of Minnesota. Victor L. Power, of Hibbing, Minn., for plaintiff in error. Alfred Jaques, U. S. Atty., of Duluth, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error and stipulation of parties.

---

MINNESOTA KANSAS OIL CO. et al. v. MOLLOHAN, et al. (Circuit Court of Appeals, Eighth Circuit. May 11, 1920.) No. 206. Petition to Revise Order of the District Court of the United States for the District of Minnesota. Orr, Stark & Kidder, of St. Paul, Minn., and Woodlief Thomas, A. M. Higgins, M. H. Boutelle, and A. H. David, all of Minneapolis, Minn., for petitioners. Allen & Fletcher, of Minneapolis, Minn., and Chester I. Long and J. D. Wall., both of Wichita, Kan., for respondents. See, also, 265 Fed. 1020.

PER CURIAM. Petition to revise dismissed without costs to either party in this court, pursuant to stipulation of parties.

---

MINNESOTA KANSAS OIL CO. et al. v. MOLLOHAN et al. (Circuit Court of Appeals, Eighth Circuit. May 11, 1920.) No. 5533. Appeal from the District Court of the United States for the District of Minnesota. Orr, Stark & Kidder, of St. Paul, Minn., and Woodlief Thomas, A. M. Higgins, M. H. Boutelle, and A. H. David, all of Minneapolis, Minn., for appellants.

Allen & Fletcher, of Minneapolis, Minn., and Chester I. Long and J. D. Wall, both of Wichita, Kan., for appellees. See, also, 265 Fed. 1020.

PER CURIAM. Appeal dismissed without costs to either party in this court, pursuant to stipulation of parties.

---

THE MOMMIE T. TWEEDIE v. TEBO YACHT BASIN CO. (Circuit Court of Appeals, Second Circuit. April 14, 1920.) Nos. 176, 177. Appeals from the District Court of the United States for the Eastern District of New York. Suit in admiralty by the Tebo Yacht Basin Company against the schooner Mommie T., M. Stanley Tweedie, claimant, with cross-libel. Decree for libelant, and claimant appeals. Affirmed. For opinion below, see 258 Fed. 500. Kirlin, Woolsey & Hickox, of New York City (Cletus Keating and James H. Herbert, both of New York City, of counsel), for appellant. Crowell & Rouse, of New York City (J. Dexter Crowell, E. Curtis Rouse, and Frederick P. Smith, all of New York City, of counsel), for appellee. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

MYERS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 4, 1920.) No. 3417. In Error to the District Court of the United States for the Northern District of Ohio. Walter D. Meals of Cleveland, Ohio, for plaintiff in error. Joseph C. Breitenstein, Asst. U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Dismissed on stipulation.

---

OMAHA POTASH & REFINING CO. v. BURNS et al. (Circuit Court of Appeals, Eighth Circuit. May 3, 1920.) No. 5606. Appeal from the District Court of the United States for the District of Nebraska. Frank H. Gaines and Isidor Ziegler, both of Omaha, Neb., for appellant. Matthew A. Hall, of Omaha, Neb., and George L. Nye, of Denver, Colo., for appellees.

PER CURIAM. Cause docketed, and appeal dismissed, at costs of appellant, on motion of appellees, under rule 16 (233 Fed. x; 146 C. C. A. x).

---

RAWLINS v. LIGGETT & MYERS TOBACCO CO., et al. (Circuit Court of Appeals, Sixth Circuit. June 9, 1920.) No. 3330. In Error to the District Court of the United States for the Eastern District of Kentucky. Grischy & Grischy, of Cincinnati, Ohio, and L. M. Smith, of Harrodsburg, Ky., for plaintiff in error. Nathaniel Wright and Sidney G. Stricker, both of Cincinnati, Ohio, and Martin M. Durrett, of Covington, Ky., for defendant in error.

PER CURIAM. Dismissed on motion.

---

RHEW v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. May 22, 1920.) No. 1795. In Error to the District Court of the United States for the Western District of South Carolina, at Greenville. W. H. Useary, of Greenville, S. C., for plaintiff in error. J. William Thurmond, U. S. Atty., of Edgefield, S. C., and C. G. Wyche, Asst. U. S. Atty., of Greenville, S. C.

PER CURIAM. Cause dismissed, under rule 20, in accordance with agreement of counsel.